McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18−CV−00751−KJM−CKD |
| Plaintiff, | |
| v. | STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |
| REAL PROPERTY LOCATED AT 8804 SAILFISH BAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 115-1720-0192-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 9085 COBBLE FIELD DRIVE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 121-0700-093-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 13390 IVIE ROAD, GALT, CALIFORNIA, SACRAMENTO COUNTY, APN: 152-0270-005-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 1950 ESTEREL WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 052-0270-001-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |

| | |
|---|---|
| 1 | REAL PROPERTY LOCATED AT 21 JEANROSS COURT, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 052-0270-015-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 2 | |
| 3 | |
| 4 | |
| 5 | REAL PROPERTY LOCATED AT 5935 64TH STREET, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 027-0296-006-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 6 | |
| 7 | |
| 8 | REAL PROPERTY LOCATED AT 6010 POWER INN ROAD, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 038-0071-011-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 9 | |
| 10 | |
| 11 | |
| 12 | Defendants. |

The United States and Claimants Su Yuan Hua, Ming Ren Yan, Yong Qiang Chen, Sui Yin Lui, Spartan Mortgage Services, Inc. dba Spartan Home Loans, Neal L. Horn, M.D., and Conventus, LLC hereby stipulate that a stay is necessary in the above-entitled action and request that the Court enter an order staying all further proceedings until the resolution of the related criminal cases, United States v. Leonard Yang, et al., Case 2:16-CR-00189-KJM and United States v. Xiu Ping Li, et al., Case No. 2:17-CR-00136-KJM.

1. This is a forfeiture *in rem* action against seven properties pursuant to 21 U.S.C. § 881(a)(7) because they were allegedly used to commit or facilitate violations of federal drug laws:

    a. Real Property located at 8804 Sailfish Bay, Sacramento, California, the "*Defendant Sailfish Bay*." Su Yuan Hua has filed a claim asserting an ownership interest in defendant Sailfish Way.

    b. Real Property located at 9085 Cobble Field Drive, Sacramento, California, the "*Defendant Cobble Field Drive*." Ming Ren Yan has filed a claim asserting an ownership interest in defendant Cobble Field Drive. Spartan Mortgage Services, Inc. dba Spartan Home Loans filed a claim asserting a lienholder interest in defendant Cobble Field Drive.

    c. Real Property located at 13390 Ivie Road, Galt, California, the "*Defendant Ivie Road*." Yong Qiang Chen has filed a claim asserting an ownership interest in defendant Ivie Road. Neal L. Horn, M.D. filed a claim asserting a lienholder interest in defendant Ivie Road.

d. Real Property located at 1950 Esterel Way, Sacramento, California, the "*Defendant Esterel Way.*" Jian Ping Ke, the owner of the property, has not filed a claim asserting an ownership interest in defendant Esterel Way and will be defaulted shortly. Conventus, LLC filed a claim asserting a lienholder interest in defendant Esterel Way.

e. Real Property located at 21 Jeanross Court, Sacramento, California, the "*Defendant Jeanross Court.*" Chao Long Chen, the owner of the property, has not filed a claim asserting an ownership interest in defendant Jeanross Court and will be defaulted shortly. Conventus, LLC filed a claim asserting a lienholder interest in defendant Jeanross Court.

f. Real Property located at 5935 64th Street, Sacramento, California, the "*Defendant 64th Street.*" Sui Yin Lui has filed a claim asserting an ownership interest in defendant 64th Street.

g. Real Property located at 6010 Power Inn Road, Sacramento, California, the "*Defendant Power Inn Road.*" Vo Huu Duc Nguyen, the owner of the property, did not file a claim asserting an ownership interest in defendant Power Inn Road and was defaulted on July 26, 2018.

2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States contends that the defendant properties were used and intended to be used to commit or facilitate violations of federal drug laws in violation of 21 U.S.C. §§ 841 *et seq*. Claimants deny these allegations.

3. To date, several individuals have been charged with federal crimes related to marijuana manufacturing and distribution in United States v. Leonard Yang, et al., Case 2:16-CR-00189-KJM and United States v. Xiu Ping Li, et al., Case No. 2:17-CR-00136-KJM. It is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the drug trafficking involving the defendant properties. Nevertheless, the United States intends to depose claimants (and others) regarding their ownership of the defendant properties, as well as their knowledge and participation in large scale marijuana cultivation, including the marijuana grow at the defendant properties, as well as the circumstances behind the purchase of the properties. If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant properties, or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves. If they invoke their Fifth Amendment rights, the United States will be deprived of the ability

3

to explore the factual basis for the claims they filed with this court.

4.  In addition, claimants intend to depose, among others, the agents involved with this investigation, including but not limited to, the agents with the Federal Bureau of Investigation ("FBI"). Allowing depositions of the law enforcement officers at this time would adversely impact the federal prosecution and ongoing investigation.

5.  The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimant's ability to assert any defenses to forfeiture. For these reasons, the parties jointly request that these matters be stayed until the conclusion of the related criminal cases. At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

6.  If any of the defendant properties go into default, the parties reserve the right to seek all avenues of redress to preserve the real properties, including filing a motion for interlocutory sale or seeking a receiver appointment to collect rents and maintain the properties.

Dated: 8/1/2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 7/30/2018

/s/ J. Patrick McCarthy
J. PATRICK MCCARTHY
Attorney for Claimant Yong Qiang Chen

Dated: 7/31/2018

/s/ Edward T. Weber
EDWARD T. WEBER
Attorney for Claimant Neal L. Horn, M.D.

Dated: 8/2/2018

/s/ Larissa L. Branes
LARISSA L. BRANES
Attorney for Claimant Conventus, LLC

///

///

Dated:   7/31/2018                                  /s/ Linda M. Parisi
                                                    LINDA M. PARISI
                                                    Attorney for Claimants Su Yuan Hua
                                                    and Ming Ren Yan

Dated:   7/31/2018                                  /s/ Kerie Lee Bieber
                                                    KERIE LEE BIEBER
                                                    Claimant, Owner of Spartan Mortgage Services, Inc.
                                                    dba Spartan Home Loans

Dated:   7/27/2018                                  /s/ Ernest Chen
                                                    ERNEST CHEN
                                                    Attorney for Claimant Sui Yin Lui

**ORDER**

For the reasons set forth above, this matter is stayed under 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until the resolution of companion criminal cases. The parties shall file a joint status report within 30 days of the conclusion of the parallel criminal cases, or as the court deems appropriate.

IT IS SO ORDERED.

DATED:  August 6, 2018.

_____
UNITED STATES DISTRICT JUDGE