PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CV-00751-DJC-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED AT 8804 SAILFISH BAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 115-1720-0192-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and claimant Siu Yin Lui, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 5935 64th Street, Sacramento, California, Sacramento County, APN: 027-0296-006-0000 ("defendant 64th Street").  The parties anticipate that, if granted, the settlement documents would close the case against defendant 64th Street.  Thus, the stay would no longer be necessary for this property.[1]

Claimant Siu Yin Lui filed a Claim and Answer to the Complaint regarding defendant 64th Street.  No other party has filed a claim asserting an interest in defendant 64th Street.  On August 17, 2018, escrow closed for defendant 64th Street.

---

[1] The case would remain stayed as to the other four *In Rem* Defendants.  This request is limited to defendant 64th Street.

1

Stipulation for Partial Lift of Stay and Order

The United States and claimant Siu Yin Lui have reached a settlement regarding the net proceeds from the sale of the 64th Street property.

Dated:  1/16/2024               PHILLIP A. TALBERT
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  1/15/2024               /s/ Ernest Chen
ERNEST CHEN
Attorney for claimant Siu Yin Lui

(Authorized by email)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 5935 64th Street, Sacramento, California, Sacramento County, APN: 027-0296-006-0000.

IT IS SO ORDERED.

Dated: January 17, 2024            /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE