IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

REAL PROPERTY LOCATED AT 8804 SAILFISH BAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 115-1720-0192-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al.,

Defendants.

2:18-cv-00751-DJC-CKD

DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE

This matter is before the Court on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the three defendant properties to oppose the United States' motion. Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed April 3, 2018.

////

////

2. The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Jian Ping Ke, Chao Long Chen, and Vo Huu Duc Nguyen.

3. The United States has shown that a complaint for forfeiture was filed; that potential claimants Jian Ping Ke, Chao Long Chen, and Vo Huu Duc Nguyen received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Accordingly, based on the files and records of the Court, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Jian Ping Ke, Chao Long Chen, and Vo Huu Duc Nguyen are held in default.

2. The United States' motion for default judgment and final judgment of forfeiture (ECF No. 86) is GRANTED.

3. A judgment by default is hereby entered against any right, title, or interest of Jian Ping Ke, Chao Long Chen, and Vo Huu Duc Nguyen in the defendant assets listed below:

a. Approximately $23,164.43 in net proceeds from the sale of the defendant property at 1950 Esterel Way, Sacramento, California, Sacramento County, APN: 052-0270-001-0000, plus all accrued interest;

b. Approximately $61,685.42 in net proceeds from the sale of the defendant property at 21 Jeanross Court, Sacramento, California, Sacramento County, APN: 052-0270-015-0000, plus all accrued interest; and

b. Approximately $9,550.17 in net proceeds from the sale of the defendant property at 6010 Power Inn Road, Sacramento, California, Sacramento County, APN: 038-0071-011-0000, plus all accrued interest.

4. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant assets listed above to the United States, to be disposed of according to law.

////

5. All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: **November 6, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE